UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

QUENTIN GIBSON,

    Plaintiff,

v.

KIRKWOOD BAR & GRILL, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:13-cv-00308-JEC

## DEFAULT JUDGMENT

  The defendant, Kirkwood Bar & Grill, LLC having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Julie E. Carnes, United States District Judge, by order of March 6, 2014, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

  ORDERED AND ADJUDGED, that the plaintiff Quentin Gibson recover from the defendant Kirkwood Bar & Grill, LLC the total amount of $10,969.29: Broken down as follows: $4,173.29 in unpaid wages/overtime, liquidated damages, and state law claims, and $6,796.00 in attorney's fees and costs of this action.

  Dated at Atlanta, Georgia this 6th day of March, 2014.

                JAMES N. HATTEN
                DISTRICT COURT EXECUTIVE/
                CLERK OF COURT

          By: s/*Barbara D. Boyle*
             Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 March 6, 2014
James N. Hatten
Clerk of Court

By: s/Barbara D. Boyle
   Deputy Clerk